UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MONETTA WILSON, ET AL.** | **CIVIL ACTION NO. 18-cv-1186** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **COMMUNITY CARE SERVICES, INC.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

Upon consideration, the Court finds that the settlement is in the best interest of all parties, that the parties are represented by counsel, that a settlement was negotiated at arm's length and represents a resolution of a bona fide wage dispute, and that the terms of the settlement and apportionment of the proceeds are fair and reasonable. Therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Approve Confidential Settlement and Stipulation of Dismissal with Prejudice [Doc. No. 33] is **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE**, all parties bearing their own costs and attorneys' fees.

MONROE, LOUISIANA, this 13TH day of January, 2020.

_____
TERRY DOUGHTY
UNITED STATES DISTRICT JUDGE